Marni Rubin-Watkins, Esq.
Nevada Bar No. 9674
FIDELITY NATIONAL LAW GROUP
2450 St. Rose Pkwy., Ste. 150
Henderson, Nevada 89074
Telephone: (702) 667-3000
Fax: (702) 697-2020
Email: marni.watkins@fnf.com
Attorneys for Chicago Title of Nevada, Inc.

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| STORMS90808II, LLC, a California limited liability company,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CHICAGO TITLE OF NEVADA, INC., and DOES 1 through 10, inclusive<br><br>                    Defendants. | Case No. 2:12-cv-01912-GMN-PAL |

### STIPULATION AND ORDER

**COMES NOW**, Plaintiff STORMS90808II, LLC ("Storm"(, by and through their attorney of record, Ismail Amin, Esq. of The Amin Law Group, NV., Ltd., and Defendant CHICAGO TITLE OF NEVADA, INC., ("Chicago Title") by and through their attorney of record, Marni Watkins, Esq. of Fidelity National Law Group, and hereby stipulate and jointly agree as follows:

///
///
///
///
///
///
///
///

Fidelity National
Law Group
2450 St. Rose Pkwy., Ste. 150
Henderson, Nevada 89074
(702) 667-3000

Page 1 of 2

1  IT IS HEREBY STIPULATED AND AGREED that Defendant Chicago Title will have
2  an additional thirty (30) days to file an Answer or otherwise plead. Chicago Title's responsive
3  pleading is due on January 31, 2012.
4
5  DATED this ___ day of December, 2012                       DATED this 7th day of December,
6                                                              2012
7  FIDELITY NATIONAL LAW GROUP                                  The Amin Law Group, NV, Ltd
8
9  _____                              _____
10 Marni Rubin-Watkins, Esq.                                    Ismail Amin, Esq.
11 2450 St. Rose Parkway, Suite 150                             3960 Howard Hughes Parkway
   Henderson, Nevada 89074                                     Suite 500
12 Attorneys for Defendant *Fidelity National Title*            Las Vegas, NV 89169
   *Agency of Nevada, Inc.*                                    Attorney for Plaintiff
13
14
15
16
17           IT IS SO ORDERED
18
19
20                                                              _____
                                                                UNITED STATES DISTRICT JUDGE
21
   SUBMITTED BY:                                                DATED: December 10, 2012
22
23  /s/ Marni Rubin Watkins
24
   Marni Rubin Watkins, Esq.
25 Nevada Bar No. 09674
   2450 St. Rose Pkwy., Ste. 150
26 Henderson, Nevada 89074
   Telephone: (702) 667-3000
27 Facsimile: (702) 697-2020
   Email: marni.watkins@fnf.com
28
   Attorneys for Defendant

Fidelity National
Law Group
2450 St. Rose Pkwy., Ste. 150
Henderson, Nevada 89074
(702) 667-3000

Page 2 of 2