1  Marni Rubin-Watkins, Esq.
2  Nevada Bar No. 9674
   FIDELITY NATIONAL LAW GROUP
3  2450 St. Rose Pkwy., Ste. 150
   Henderson, Nevada 89074
4  Telephone: (702) 667-3000
   Fax: (702) 697-2020
5  Email: marni.watkins@fnf.com
   Attorneys for Chicago Title of Nevada, Inc.
6

7                    UNITED STATES DISTRICT COURT

8                        CLARK COUNTY, NEVADA

9  STORMS90808II, LLC, a California limited   )   Case No. 2:12-cv-01912-GMN-PAL
   liability company,                         )
10                                             )
                          Plaintiffs,          )
11       vs.                                   )
                                               )
12 CHICAGO TITLE OF NEVADA, INC., and DOES )
   1 through 10, inclusive                    )
13                                             )
                          Defendants.          )
14 _____)

15
                          STIPULATION AND ORDER
16

17       COMES NOW, Plaintiff STORMS90808II, LLC ("Storm"(, by and through their attorney

18 of record, Ismail Amin, Esq. of The Amin Law Group, NV., Ltd., and Defendant CHICAGO

19 TITLE OF NEVADA, INC., ("Chicago Title") by and through their attorney of record, Marni

20 Watkins, Esq. of Fidelity National Law Group, and hereby stipulate and jointly agree as follows:

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Fidelity National
Law Group
2450 St. Rose Pkwy., Ste. 150
Henderson, Nevada 89074
(702) 667-3000

Page 1 of 2

1  IT IS HEREBY STIPULATED AND AGREED that Defendant Chicago Title will have
2  an additional thirty (30) days to file an Answer or otherwise plead.  Chicago Title's responsive
3  pleading is due on January 31, 2012.

4

5  DATED this __ day of December, 2012                DATED this 7th day of December,
6                                                     2012

7  FIDELITY NATIONAL LAW GROUP                        The Amin Law Group, NV, Ltd

8  /s/ signature

9  _____                        _____
10 Marni Rubin-Watkins, Esq.                          Ismail Amin, Esq.
11 2450 St. Rose Parkway, Suite 150                   3960 Howard Hughes Parkway
   Henderson, Nevada 89074                            Suite 500
12 Attorneys for Defendant *Fidelity National Title*  Las Vegas, NV 89169
   *Agency of Nevada, Inc.*                           Attorney for Plaintiff
13

14

15

16

17              IT IS SO ORDERED

18

19                                                    _____
20                                                    UNITED STATES DISTRICT JUDGE

21  SUBMITTED BY:                                     DATED:  December 10, 2012
22

23  /s/ Marni Rubin Watkins
24
    Marni Rubin Watkins, Esq.
25  Nevada Bar No. 09674
    2450 St. Rose Pkwy., Ste. 150
26  Henderson, Nevada 89074
    Telephone: (702) 667-3000
27  Facsimile: (702) 697-2020
    Email: marni.watkins@fnf.com
28
    Attorneys for Defendant

Fidelity National
Law Group
2450 St. Rose Pkwy., Ste. 150
Henderson, Nevada 89074
(702) 667-3000

Page 2 of 2