ISMAIL AMIN, ESQ. (NV Bar No. 9343)
LAWRENCE KULP, ESQ. (NV Bar No. 7411)
**The Amin Law Group, NV., Ltd.**
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 990-3583
Facsimile: (702) 990-3501
E-mail: iamin@aminlawgroup.com
Attorneys for Plaintiff/Counterdefendant, STORMS90808II, LLC
Attorneys for Third-Party Defendant, JON STORMS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STORMS90808II, LLC,<br>a California limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE OF NEVADA, INC.,<br>a Nevada corporation, et. al.,<br><br>AND ALL RELATED COUNTER-<br>CLAIMS AND THIRD-PARTY CLAIMS | Case No. 2:12-cv-01912-GMN-PAL<br><br>**STIPULATION AND ORDER<br>TO DISMISS COMPLAINT,<br>COUNTERCLAIMS, AND<br>THIRD-PARTY COMPLAINT** |

COME NOW, Plaintiff and Counterdefendant STORMS90808, LLC, and Third-Party Defendant JON STORMS, by and through their attorney, ISMAIL AMIN, ESQ., of THE AMIN LAW GROUP, NV., LTD., and CHICAGO TITLE OF NEVADA, INC., by and through its attorney, MARNI RUBIN-WATKINS, ESQ., of FIDELITY NATIONAL LAW GROUP, hereby stipulate and agree that all claims, counterclaims, and third-party claims,

shall be DISMISSED, with each party to pay its own attorneys' fees and costs, and request that the Court enter an order accordingly.

Pursuant to Special Order # 109, the Filing User certifies that counsel for CHICAGO TITLE OF NEVADA, INC., has consented to her electronic signature being affixed hereto.

STIPULATED AND AGREED on this 21st day of March, 2013.

**THE AMIN LAW GROUP, NV., LTD.**

_/s/ Ismail Amin_
ISMAIL AMIN, ESQ.
Attorneys for STORMS90808II, LLC, and JON STORMS

**FIDELITY NATIONAL LAW GROUP**

_/s/ Marni Ruben-Watkins_
MARNI RUBEN-WATKINS, ESQ.
Attorneys for CHICAGO TITLE OF NEVADA, INC.

**IT IS SO ORDERED:**

Gloria M. Navarro
United States District Judge

**DATED: 03/26/2013**